# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

|  |  |
|---|---|
| STEPHEN PASCAL AND CHRIS GATES, | : No. 142 WAL 2020 |
| Petitioners | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| CITY OF PITTSBURGH ZONING BOARD | : |
| OF ADJUSTMENT, AND CITY OF | : |
| PITTSBURGH AND NORTHSIDE | : |
| LEADERSHIP CONFERENCE, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. The parties are directed to state their positions -- and to stipulate if possible -- regarding whether LaShawn Burton-Faulk served on the Northside Leadership Conference Board of Directors during the Zoning Board of Adjustment proceedings. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioners, are:

    (1)    Whether the Commonwealth Court erred in affirming the trial court's order upholding the grant Owner of the zoning relief requested despite the conflict of interest of ZBA member Burton-Faulk?

    (2)    Whether the Commonwealth Court erred in affirming the trial court's order upholding the grant to Owner of the zoning relief requested where the ZBA failed to issue a written decision within forty-five (45) days of the public hearing and where applicant did not agree in writing or on the record to an extension of time within forty-five (45) days of the public hearing?